UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　Case No.3:89-cr-6-J-12

ARTHUR LEE MITCHELL

---

### ORDER

This cause is before the Court on the Defendant's Motion for Early Termination of Supervised Release (Doc. 551).  The Government has not filed a response to the Defendant's motion and the Defendant advises the Court that the Government indicated that it would take no position regarding it.  The Court has reviewed the docket in this case and in Case. No. 91-54-Cr-J-16, the Defendant's Pre-Sentence Investigation Reports in this case and in Case. No. 91-54-Cr-J-16, and the Recommendation of the United States Probation Officer which has been made part of the Defendant's Pre-Sentence Investigation Report in this case.

While he has been on supervised release since his release from incarceration, the Defendant appears not only to have complied with the terms of his supervision, but turned his life around.  He has established a successful business and has become a participating member of his community.  The Court commends the Defendant's efforts.

However, given the nature of his offense of conviction and his entire criminal record, the Court cannot find that early termination of supervision is warranted in this case.  The Court imposed what it considered to be a fair sentence, which included a five (5) year term

of supervised release. The Court finds no compelling facts that would support reducing the five-year term of supervised release. The Court acknowledges the Defendant's laudable and successful efforts in becoming a law-abiding and contributing member of society, but that is precisely what is expected of every Defendant upon release from imprisonment.

The Court notes that the Defendant has approximately seven months left to serve on his term of supervised release, and given his conduct thus far, the Court has every expectation that the Defendant will be able to complete that term successfully, without undue burden, and that his rehabilitation and success will continue long afterward.

Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That the Defendant's Motion for Early Termination of Supervised Release (Doc. 551) is denied.

**DONE AND ORDERED** this __25TH__ day of October 2007.

_Howell W. Melton_
Senior United States District Judge

Copies to:   AUSA (Henry)
             Counsel for Defendant
             USPO (Forde)